Alexander R. Vail
Nevada Bar # 14291
Law Offices of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, NV 89102
Phone: 702-370-5049
Email: alexander@vailimmigrationservices.com
*Attorney for Plaintiff*

Alexa S. White
U.S. Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: 202-993-5189
Email: alexa.s.white@usdoj.gov
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Monica SANDU, | CASE NO.: 2:23-cv-00347-APG-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| Clyde A. MOORE, in his official capacity as Field Office Director of the Las Vegas Application Support Center of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES. | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared agree to dismissal of this action in its entirety. Dismissal is with prejudice as to all claims and causes of action Plaintiff has asserted against Defendants in this matter. Each side is to bear its own costs and attorney fees.

Date: May 24, 2023

Respectfully submitted,

*/s/Alexander R. Vail*
Alexander R. Vail
Nevada Bar # 14291
Law Offices of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, NV 89102
Phone: 702-370-5049
Email: alexander@vailimmigrationservices.com
*Attorney for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

WILLIAM C. SILVIS
Assistant Director

CARA E. ALSTERBERG
Senior Litigation Counsel

*/s/Alexa S. White*
Alexa S. White
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 993-5189
E-mail: alexa.s.white@usdoj.gov
*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: May 25, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE